UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ENRIQUE MORENO<br>*Plaintiff,*<br><br>vs.<br><br>GATOR FLOWER MOUND, LLC, A/K/A<br>FLORIDA GATOR FLOWER MOUND, LLC<br><br>*Defendants.* | §<br>§<br>§<br>§   CASE NO. 4:23-CV-1089-SDJ-AGD<br>§<br>§<br>§<br>§<br>§<br>§ |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Enrique Moreno and Defendant Gator Flower Mound, LLC a/k/a Florida Gator Flower Mound, LLC, request that the Court enter the attached Agreed Order of Dismissal dismissing all claims asserted herein with prejudice.

Respectfully submitted,

**DANKESREITER & EMMET, L.L.P.**

By:   */s/ Sean M. Moloney*
Eric F. Dankesreiter
State Bar No. 00796434
eric@texasbuslaw.com
Sean M. Moloney
State Bar No. 24122831
sean@texasbuslaw.com

3010 Broadmoor Lane
Flower Mound, Texas 75022
(972) 691-3677
(972) 691-5688 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

**BUCK KEENAN LLP**

By:    */s/ J. Robin Lindley*
      J. Robin Lindley
      State Bar No. 12366100
      lindley@buckkeenan.com

2229 San Felipe, Suite 1000
Houston, Texas 77019
(713) 225-4500
(713) 225-3719 (Facsimile)

**ATTORNEYS FOR DEFENDANT**